UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  Request from Brazil Pursuant to
the Treaty Between the United States of
America and the Federative Republic of
Brazil on Mutual Legal Assistance in Criminal
Matters in the Matter of Renascer Church

Case No. 3:07-mc-17-J-33MCR

## ORDER

Upon application of the United States, and upon review of the request from the Federative Republic of Brazil seeking evidence under the Treaty on Mutual Legal Assistance in Criminal Matters Between the United States of America and the Federative Republic of Brazil, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the Treaty on Mutual Legal Assistance in Criminal Matters Between the United States of America and the Federative Republic of Brazil, in force February 21, 2001 (___ U.S.T. ___), 28 U.S.C. §1782, and this Court's inherent authority, that persons within the jurisdiction of this Court shall be required to provide testimony and produce documents and other things in accordance with the Treaty Request of August 22, 2006, without notice to the target or defendant in the foreign criminal proceedings, and that Arnold B. Corsmeier is appointed a Commissioner of this Court: to take such steps as are necessary, including the issuance of Commissioner's subpoenas, to obtain the evidence requested by the Federative Republic of Brazil; to adopt such procedures for the receipt of the evidence as are consistent with the use of the evidence within the Federative Republic of Brazil; to seek such further orders of the Court as are necessary to execute this request; to

certify the testimony and documents obtained and to submit the evidence to the Office of International Affairs, United States Department of Justice, for transmission to the Federative Republic of Brazil; and to take all lawful actions that may be necessary for the accomplishment of the purposes of this Order.

DONE and ORDERED at Jacksonville, Florida, this 15th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

U.S. Attorney (Corsmeier)